UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Joel Butko,

Inmate ID Number: 2000468 261,

Joel Butko 2000468 261,
*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:21 cv 1444-MCR-EMT
*(To be filled in by the Clerk's Office)*

v.

Escambia County Jail,

**Jury Trial Requested?**
☒ YES  ☐ NO

_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

/

FILED USDC FLND PN
OCT 13 '21 AM11:27 GM

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Joel Butko    ID Number: 200468261

List all other names by which you have been known: _____

Current Institution: Escambia County Jail

Address: ESCO Jail / P.O. Box 17800
Pensacola, Fl. 32522

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Escambia County Jail

    Official Position: _____

    Employed at: _____

    Mailing Address: Escambia County Jail / P.O. Box 17800
    Pensacola, FL 32522

    ☒ Sued in Individual Capacity        ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☐ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☒ Pretrial Detainee         ☐ Civilly Committed Detainee

☐ Convicted State Prisoner  ☐ Convicted Federal Prisoner

☐ Immigration Detainee      ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

(1) On July 13th I was booked/processed at Escambia County Jail. My personal property was taken in but not all recorded. Told hand cuff key, SIM key, Military ID, Military Passport and wedding band were to be taken + not given back nor listed on personal property sheet I recieved. They stole them.

(2) Placed in maximum security over handcuff key I was told just so they could deny me my medical devices I need to function and fix my medical issues including use of a cane, footwear with a lift in right shoe and rehab/disability exercises. Found out later false claims were made to keep me there.

(3) Denied medical treatment. Was dying of blood poisoning and bleeding all over but denied treatment based on allergy list and religious beliefs. Told if I did not take medications on allergy list they perscribe - or make it seem I am taking - I would be refused any treatment (Mrs. Harris, nurse)

(4) Recieved injuries due to denial of use/need of med. devices Falling down, tripping + even knocked unconcious and loss of

leg use on Oct. 6 and not checked out but tossed in a tank.

**Statement of Facts Continued** *(Page 2 of 2)*

⑤ Constipation Issue for over 3 months ignored mostly until became dire with issues breathing, balance + nerve pinching.

⑥ Thrown in a 2 person cell as a 3rd person and forced to sleep on the floor with water drip on bedding. Denied right to exercise.

⑦ Denied rights to perform/express my religious beliefs an adhere to. When I tried best I could, Medical threatened to drag me to infirmary to force me to adhere to Esco policy.

⑧ Facility not kept clean and let food rot in areas for 2-3 months before minimal - failed - effort to clean.

⑨ Ventilation - HVAC - never cleaned and caked with dust, black mold spreading from shower areas as well as other foreign material of unknown sources.

⑩ I was attacked July 14th, July 20th and Sept. 13th and Jail covered up. Denied medical attention as well and left to bleed all over cell yet again. All attacks were located in 2B Red block and one on 9-13 was instigated by C.O. Bloodworth.

— Sending copies of Medical I have at time. Others will be available later and any further in depth detail needed

Thank you! ♡♡♡

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant. Denied most access to file complaints

① Right to keep/owned property, Federal law broken w/ military ID and Passport as I am a legal Dependant Still + I.D.'s even Med Card. ② ③ ④ ⑤ Denied right to medical treatment, actual treatment. ⑦ Denied right to religous beliefs. ⑧ ⑨ right to occupy helth area ⑩ ⑪ ⑫ to be held in a Safe area not to cause injury or further medical issues. — If any other rights you know, Please assist.
Thank you ♡

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

$20,000, a guestimated amount I will need to heal physical + emotional scarring. I am not being greedy as this is what I need to do myself because through Doctors would be more but my beliefes rely on A and my religous community to heal

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #: _____

   Court: _____

2. Date:_____ Case #: _____

   Court: _____

3. Date:_____ Case #: _____

   Court: _____

   *(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date *(if not pending)*: _____

    Reason: _____

2. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date *(if not pending)*: _____

    Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date *(if not pending)*: _____

    Reason: _____

2. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date *(if not pending)*: _____

    Reason: _____

3. Case #:_____Parties: _____

      Court:_____Judge: _____

      Date Filed:_____Dismissal Date *(if not pending)*: _____

      Reason: _____

4. Case #:_____Parties: _____

      Court:_____Judge: _____

      Date Filed:_____Dismissal Date *(if not pending)*: _____

      Reason: _____

5. Case #:_____Parties: _____

      Court:_____Judge: _____

      Date Filed:_____Dismissal Date *(if not pending)*: _____

      Reason: _____

6. Case #:_____Parties: _____

      Court:_____Judge: _____

      Date Filed:_____Dismissal Date *(if not pending)*: _____

      Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10-7-21   Plaintiff's Signature: _Joel Butko_

Printed Name of Plaintiff: Joel Butko

Correctional Institution: E.S.C.O. Jail

Address: E.S.CO. Jail 2935 N. L Street
Pensacola, Fl. 32501

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __8__ day of __October__,
20__21__.


Signature of Incarcerated Plaintiff: _____



2 of 2

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131