UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOEL BUTKO,
    Plaintiff,

vs.                                          Case No.:  3:21cv1444/MCR/ZCB

ESCAMBIA COUNTY JAIL,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 2, 2022. (Doc. 14).  The Court attempted to furnish the Plaintiff with a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff's mailed copy was returned as undeliverable. Plaintiff has not provided the Court with an updated address. There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 14) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**